UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>               -v.-<br><br>WILLIAM PICHARDO,<br>                  Defendant. | 23-cr-00048-JLR<br><br>**SCHEDULING ORDER** |

JENNIFER L. ROCHON, United States District Judge:

It is hereby ORDERED that a pretrial conference will be held on **January 30, 2023, at 4:30 p.m.** in Courtroom 20B, at the United States Court House at 500 Pearl Street, New York, NY 10007.  At that conference, a trial date will be chosen.  After the Government recites the procedural history of this case, outlines the nature of the evidence it intends to offer at trial, and proposes a schedule for the production of discovery materials to the defendant, the Court will consult the parties regarding the scheduling of the trial.  After a trial date is selected, a schedule for motions and the exchange of expert statements will be set, and the propriety of any exclusion of time under the Speedy Trial Act will be addressed.

IT IS FURTHER ORDERED that counsel for the Government and the defendant will consult in advance of the conference to reach agreement, if possible, on a proposed date for the trial and motion deadlines.

Dated:  January 27, 2023
        New York, New York

                                                 SO ORDERED.

                                                 JENNIFER L. ROCHON
                                                 United States District Judge