UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

                Plaintiff(s),

        -against-

WILLIAM PICHARDO,

                Defendant(s).

23-CR-00048-JLR

**ORDER**

JENNIFER L. ROCHON, United States District Judge:

      It is hereby ORDERED, that the defendant is hereby remanded to the custody of the United States Marshal.

Dated: March 16, 2023
       New York, New York

                    SO ORDERED.

                    JENNIFER L. ROCHON
                    United States District Judge