

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

June 6, 2023

**BY ECF**

The Honorable Jennifer L. Rochon
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

    Re:    **United States v. Pichardo**, 23 Cr. 48 (JLR)

Dear Judge Rochon:

    The undersigned Assistant United States Attorney is leaving the United States Attorney's Office for the Southern District of New York. Accordingly, the Government respectfully requests that the Court direct the Clerk of Court to terminate the appearance of the undersigned counsel on the above-captioned docket.

                Respectfully submitted,

                DAMIAN WILLIAMS
                United States Attorney

            By:    /s/
                Andrew Rohrbach
                Assistant United States Attorney
                Tel.: (212) 637-2345

CC: Jonathan Marvinny, Esq. (by ECF)

The application is GRANTED. Mr. Rohrbach shall be terminated from the docket, after a Notice of Appearance is filed on behalf of the United States of America.

Dated: June 7, 2023
       New York, New York

SO ORDERED.

*Jennifer Rochon*
**JENNIFER L. ROCHON**
**United States District Judge**